IN RE NAKELL

No. 003P92

Case below: 104 N.C.App. 638

Petition by Barry Nakell for temporary stay allowed 6 January 1992 pending action on timely filed petition for discretionary review.

ISBEY v. COOPER COMPANIES, INC.

No. 443P91

Case below: 103 N.C.App. 774

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.

MACCLEMENTS v. LAFONE

No. 494P91

Case below: 104 N.C.App. 179

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.

MARANTZ PIANO v. KINCAID

No. 552P91

Case below: 104 N.C.App. 802

Petition by defendant (Kincaid Enterprises, Inc.) for temporary stay allowed 23 December 1991.

PERNELL v. PIEDMONT CIRCUITS

No. 505P91

Case below: 104 N.C.App. 289

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.